IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MARGARET ANN JOHNSSON, ) | |
| ) | Chapter 7 |
| Pro Se Debtor and Party in Interest, ) | |
| v. ) | No.    11-B-38307 |
| ) | |
| MARGARET ANN JOHNSSON, ) | Honorable Timothy A. Barnes |
| Plaintiff, ) | |
| v. ) | Adversary Proc. No. 16-A-00215 |
| DEBORAH K. EBNER ) | |
| Defendant. ) | |

## ORDER

This cause coming before the Court on Defendant's Motion for Extension of Time, the Parties on notice and the Court fully advised in the premises,

IT IS HEREBY ORDERED THAT the Defendant is granted an additional twenty-one (21) days within which to file her dispositive motion, on or before June ~~30~~ 22, 2016. Plaintiff is to file a Response to the Motion on or before July ~~14~~ 11, 2016. The Plaintiff's Response is permitted, irrespective of the prohibitions set forth in the Restricted Filing Order entered in *In Re Margaret Johnsson*, 11bk38307. ~~Defendant is to file a Reply in support of the Motion on or before July 21, 2016.~~

Hearing on the Motion will be on July 20, 2016 at 10:30 AM ~~2016~~ before Honorable Bruce Black.            ENTER:

JUN 15 2016

Prepared by:
Daniel F. Konicek (6205408) dan@konicekdillonlaw.com
Michael P. Hannigan (6190132) mhannigan@konicekdillonlaw.com        15 JUN 2016
Michael J. Corsi (6289269) mcorsi@konicekdillonlaw.com
KONICEK & DILLON, P.C.
21 W. State St.
Geneva, IL  60134
630.262.9655